IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROSA ALBA SUATUNCE SILLO and ANTHONY LEONARDO FARINANGO SUATUNCE, A# 240 420 916 and A# 240 420 917, *Petitioners*, <br><br> VS. <br><br> MIGUEL VERGARA, in His Official Capacity as Field Office Director of Enforcement and Removal Operations, San Antonio Field Office, Immigration and Customs Enforcement; WARDEN of Dilley Immigration Processing Center; TODD M. LYONS, in His Official Capacity as Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; KRISTI NOEM, in Her Official Capacity as Secretary, U.S. Department of Homeland Security; and PAMELA JO BONDI, in Her Official Capacity as Attorney General of the United States, <br><br> *Respondents*. | § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. SA-26-CV-225-FB |

## J U D G M E N T

The Court considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Order Granting Petition for Writ of Habeas Corpus filed in this cause on this same date,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Verified Joint Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief (ECF No. 1) is GRANTED such that Respondents are ORDERED to release Petitioners Rosa Alba Suatunce Sillo and Anthony Leonardo Farinango Suatunce from their custody according to the terms and conditions set forth in the Court's Order.

IT IS FURTHER ORDERED that Petitioners' request for an award of reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, is DENIED. Motions pending, if any, are DISMISSED AS MOOT, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 29th of January, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE